USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Subpoena Duces Tecum*

*Fresenius Kabi USA, LLC v. Par Sterile Products, LLC and Par Pharmaceutical Companies, Inc.*
C. A. No. 2:16-cv-04544 (SDW) (LDW) (D.N.J.)

No. 18-MC-219 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Counsel for all parties in this matter are hereby ordered to appear for oral argument concerning Respondents' motion to transfer, *see* Dkt. 13, at 5:30 p.m. on July 11, 2018 in Courtroom 1506 of the Thurgood Marshall Courthouse.

SO ORDERED.

Dated:   July 6, 2018
         New York, New York

Ronnie Abrams
United States District Judge